IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KELVIN ALLEN, # 179371,       )
                              )
          Plaintiff,          )
                              )
v.                            )      CIVIL ACTION NO.  2:11cv588-TMH
                              )                (WO)
MICHAEL JORDAN, *et al*.,       )
                              )
          Defendants.         )

**OPINION and ORDER**

On July 27, 2011, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice

prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)

and (ii).

Done   this 6th day of September, 2011.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE